# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAY 23 2018
JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

ANNE ORSI, et al.,

PLAINTIFFS

v.

4:18cv343-JM

MARK MARTIN, in his Official Capacity as
Secretary of State of the State of Arkansas                    DEFENDANT


## MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE

Come Patrick C. Elliott, an attorney and member of good standing of the Bars of Wisconsin and Minnesota, as well as the U.S. District Court for the Western District of Wisconsin, the U.S. District Court for the Eastern District of Wisconsin, the U.S. District Court for the Eastern District of Michigan, the U.S. District Court for the Western District of Texas, the U.S. Court of Appeals for the Third Circuit, the U.S. Court of Appeals for the Fourth Circuit, and the U.S. Court of Appeals for the Seventh Circuit, and J.G. "Gerry" Schulze, a member of the Bar of this Court, pursuant to Local Rule 83.5, and move that Patrick C. Elliott be admitted pro hac vice for the instant case on behalf of Plaintiffs. Pursuant to Local Rule 83.5, the petitioners designate J.G. "Gerry" Schulze as the local attorney with whom the Court may communicate regarding the conduct of this case.

The contact information for Patrick C. Elliott is as follows:

Patrick C. Elliott
Freedom From Religion Foundation
10 N. Henry St.
Madison, WI 53703
(608) 230-8443


Patrick C. Elliott, by his signature on this motion, affirms to the Local Rules and the jurisdiction of this Court in matters of discipline.


Respectfully submitted,

J.G. "Gerry" Schulze
Attorney for Plaintiffs
Ark. Bar No. 83156
2311 Biscayne Drive
Suite 300
Little Rock, AR 72227
gschulze@b-s-m-law.com
Tel. (501) 537-1000
Fax. (501) 537-1001


/s/ Patrick C. Elliott
Patrick C. Elliott
Freedom From Religion Foundation
10 N. Henry St.
Madison, WI 53703
(608) 230-8443
WI Bar No. 1074300