**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 23 2018

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

ANNE ORSI, et al                                      PLAINTIFFS

v.                                          4:18cv343-JM

MARK MARTIN, in his Official Capacity as
Secretary of State of the State of Arkansas           DEFENDANT

## MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE

Come Monica Lynn Miller, an attorney and member of good standing of the Bars of California and the District of Columbia, admitted to practice in the United States Supreme Court and United States Courts of Appeals for the Fourth, Fifth, Ninth, Tenth, Eleventh, and D.C. Circuits; and the United States District Courts in Central California, Colorado, and the Northern District of Florida., and J.G. "Gerry" Schulze, a member of the Bar of this Court, pursuant to Local Rule 83.5, and move that Monica Lynn Miller be

admitted pro hac vice for the instant case on behalf of Plaintiffs. Pursuant to Local Rule 83.5, the petitioners designate J.G. "Gerry" Schulze as the local attorney with whom the Court may communicate regarding the conduct of this case. The contact information for Monica Lynn Miller is as follows:

Monica L. Miller

American Humanist Association
1821 Jefferson Place N.W.
Washington, D.C, 20036
Tel. (202) 238-9088 / Fax. (202) 238-9003
mmiller@americanhumanist.org
CA Bar: 288343 / DC Bar: 101625

      Monica Lynn Miller, by her signature on this motion, affirms to the Local Rules and the jurisdiction of this Court in matters of discipline.

      Respectfully submitted,

*/s/ J.G. "Gerry" Schulze*
J.G. "Gerry" Schulze
Attorney for Plaintiffs
Ark. Bar No. 83156
2311 Biscayne Drive
Suite 300
Little Rock, AR 72227
gschulze@b-s-m-law.com
Tel. (501) 537-1000
Fax. (501) 537-1001

*/s/ Monica L. Miller*
Monica L. Miller
American Humanist Association
1821 Jefferson Place N.W.
Washington, D.C, 20036
Tel. (202) 238-9088
Fax. (202) 238-9003
mmiller@americanhumanist.org
CA Bar: 288343 / DC Bar: 101625



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Monica Lynn Miller*

was duly qualified and admitted on **September 6, 2013** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on February 16, 2018.

*Julio A. Castillo*
JULIO A. CASTILLO
Clerk of the Court

Issued By: *Emily E. Jaco*
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.