FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 23 2018

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

ANNE ORSI, et al                          PLAINTIFFS

v.                                      4:18cv343-JM

MARK MARTIN, in his Official Capacity as
Secretary of State of the State of Arkansas          DEFENDANT

## MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE

Come David A. Niose, an attorney and member of good standing of the Bars of Massachusetts and District of Columbia, as well as admitted to practice in the U.S. District Court of Massachusetts, U.S. Court of Appeals for the First Circuit, and the U.S. District Court of Colorado, and J.G. "Gerry" Schulze, a member of the Bar of this Court, pursuant to Local Rule 83.5, and move that David A. Niose be admitted pro hac vice for the instant case on behalf of Plaintiffs. Pursuant to Local Rule 83.5, the petitioners designate J.G. "Gerry" Schulze as the local attorney with whom the Court may communicate regarding the conduct of this case.

The contact information for David Niose is as follows:

David A. Niose
American Humanist Association
1821 Jefferson Place N.W.
Washington, D.C., 20036

Tel. (202) 238-9088
Fax. (202) 238-9003
dniose@americanhumanist.org
MA Bar: 556486/ DC Bar: 1024530

    David A. Niose by his signature on this motion, affirms to the Local Rules and the jurisdiction of this Court in matters of discipline.

                                    Respectfully submitted,

                                    /s/ Gerry Schulze
                                  J.G. "Gerry" Schulze
                                  Attorney for Plaintiffs
                                  Ark. Bar No. 83156
                                  2311 Biscayne Drive
                                  Suite 300
                                  Little Rock, AR 72227
                                  gschulze@b-s-m-law.com
                                  Tel. (501) 537-1000
                                  Fax. (501) 537-1001

                                  _____
                                  David A. Niose
                                  American Humanist Association
                                  1821 Jefferson Place N.W.
                                  Washington, D.C. 20036
                                  Tel. (202) 238-9088
                                  Fax. (202) 238-9003
                                  dniose@americanhumanist.org
                                  MA Bar: 556486/ DC Bar: 1024530

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twentieth** day of **December** A.D. **1990**, said Court being the highest Court of Record in said Commonwealth:

## David A. Niose

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-sixth** day of **February** in the year of our Lord **two thousand and eighteen.**

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.
X3116