# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**ANNE ORSI, AMERICAN HUMANIST**
**ASSOCIATION, FREEDOM FROM RELIGION**
**FOUNDATION, INC., ARKANSAS SOCIETY OF**
**FREETHINKERS JOAN DIETZ, GALE**
**STEWART, RABBI EUGENE LEVY, REV.**
**VICTOR H. NIXON, TERESA GRIDER**
**AND WALTER RIDDICK**                                              **PLAINTIFFS**

**VS.**                         **Case No.  4:18-cv-00343-JM**

**MARK MARTIN, Arkansas Secretary of**
**State, in his Official Capacity**                                  **DEFENDANT**

## NOTICE OF APPEARANCE

Assistant Solicitor General Dylan L. Jacobs hereby enters his appearance as counsel for defendant Mark Martin and requests that all future service and correspondence be sent accordingly.[1]  I hereby certify that I am admitted to practice in this Court.

Dated: May 31, 2018

---

[1] The Attorney General's Office is appearing in this matter on behalf of Secretary Martin pursuant to two statutes. The statute authorizing the monument at issue in this case provides that "[i]n the event that the legality or constitutionality of the monument . . . is challenged in a court of law, the Attorney General may[] [p]repare and present a legal defense of the monument[.]" Ark. Code Ann. 22-3-221(c).  Additionally, Arkansas law provides that the Attorney General "shall maintain and defend the interests of the state in matters before the United States Supreme Court and all federal courts and shall be the legal representative of all state officers, boards, and commissions in all litigation where the interests of the state are involved." Ark. Code Ann. 25-16-703(a).

Respectfully Submitted,

LESLIE RUTLEDGE
Arkansas Attorney General

By: */s/ Dylan L. Jacobs*
DYLAN L. JACOBS (Ark. Bar No. 2016167)
 Assistant Solicitor General
Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, AR 72201
Phone: (501) 682-3661
Fax: (501) 682-2591
Email: Dylan.Jacobs@arkansasag.gov

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to all parties who have entered an appearance.

/s/ *Dylan L. Jacobs*
Dylan L. Jacobs