**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DONNA CAVE,** *et al.*                                                      **PLAINTIFFS**

**v.**                                   **Case No. 4:18-cv-00342 KGB**

**COLE JESTER, in his official capacity**
**as Secretary of State for the State of Arkansas**                **DEFENDANT**

**<u>JUDGMENT</u>**

Pursuant to the Opinion and Order entered in this matter on this date, it is considered, ordered, and adjudged that judgment is entered in favor of plaintiffs Anne Orsi, Gale Stewart, Eugene Levy, Teresa Grider, the American Humanist Association, the Freedom from Religion Foundation, and the Arkansas Society of Freethinkers, Donna Cave and Pat Piazza, and intervenor plaintiffs Erika Robbins, Doug Misicko, and the Satanic Temple.

The Court orders the following injunctive relief:

1.      Secretary Jester, in his official capacity as Arkansas Secretary of State, together with his agents, servants, and employees, and all persons in active concert or participation with him, are enjoined from enforcing the Display Act, Arkansas Code Annotated § 22-3-221.  The Court does not stay this portion of the injunction.

2.      Secretary Jester, in his official capacity as Arkansas Secretary of State, together with his agents, servants, and employees, and all those persons in active concert or participation with him must remove immediately from the State Capitol grounds the Ten Commandments Monument mandated by the Display Act, Arkansas Code Annotated § 22-3-221.  The Court specifically stays execution of this portion of the injunction requiring the removal of the Ten Commandments Monument pending the final disposition of any timely appeal to the Eighth Circuit Court of Appeals or until the time for filing a notice of appeal expires.

It is so adjudged this the 31st day of March, 2026.

_____
Kristine G. Baker
Chief United States District Judge